This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**BANK OF AMERICA, N.A.**
**SUCCESSOR BY MERGER TO**
**BAC HOME LOANS SERVICING**
**LP, f/k/a COUNTRYWIDE HOME**
**LOANS SERVICING LP,**

     Plaintiff-Appellee,

v.                              **No. A-1-CA-36323**

**JAMES E. NICKELL,**

     Defendant-Appellant.

and

**JAMES E. NICKELL IRREVOCABLE**
**TRUST and EL CORAZON DE SANTA FE,**

     Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Sarah M. Singleton, District Judge**

Lucinda R. Silva
Albuquerque, NM

for Appellees

James E. Nickell
Santa Fe, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**ZAMORA, Judge.**

{1}    Defendant appeals the district court's adverse judgment in this foreclosure case. We issued a notice of proposed disposition proposing to affirm. Plaintiffs have filed a memorandum in support of the proposed affirmance, but Defendant has not filed a memorandum in opposition and the time allotted for doing so has expired. Rule 12-210(D)(2) NMRA (requiring a memorandum in opposition to be filed within twenty days of service of the notice of proposed disposition). Therefore, we affirm for the reasons stated in the notice of proposed summary disposition.

{2}    **IT IS SO ORDERED.**

_____

**M. MONICA ZAMORA, Judge**

**WE CONCUR:**

_____

**JULIE J. VARGAS, Judge**

_____

**STEPHEN G. FRENCH, Judge**